# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 30, 2025

Lyle W. Cayce
Clerk

No. 25-10225
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee,*

*versus*

Derrion Dickerson,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-209-1

_____

Before Smith, Higginson, and Wilson, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Derrion Dickerson has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dickerson has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10225

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.